Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Singletary, Carl J | Case Number: 06 B 12783 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 02/24/09 | Filed: 10/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed - No Disch:  January 29, 2009
Confirmed: November 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,491.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 4,323.06 |
| Priority: | | 1,503.41 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 531.78 |
| Other Funds: | | 132.75 |
| Totals: | 9,491.00 | 9,491.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Internal Revenue Service | Priority | 2,881.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 1,503.41 | 1,503.41 |
| 4. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 5. | Worldwide Financial Capital Bank | Unsecured | 110.18 | 110.18 |
| 6. | Premier Bankcard | Unsecured | 236.33 | 236.33 |
| 7. | Plains Commerce Bank | Unsecured | 284.28 | 284.28 |
| 8. | Jefferson Capital | Unsecured | 1,118.53 | 1,118.53 |
| 9. | Emerge Mastercard | Unsecured | 368.63 | 368.63 |
| 10. | ECast Settlement Corp | Unsecured | 885.70 | 885.70 |
| 11. | Galway Financial Service | Unsecured | 850.00 | 850.00 |
| 12. | RoundUp Funding LLC | Unsecured | 469.41 | 469.41 |
| 13. | FSM Group Inc | Unsecured | | No Claim Filed |
| 14. | Cash Net | Unsecured | | No Claim Filed |
| 15. | Geneva Roth Ventures | Unsecured | | No Claim Filed |
| 16. | Geneva Roth Ventures | Unsecured | | No Claim Filed |
| 17. | Orchard Bank | Unsecured | | No Claim Filed |
| 18. | ICS | Unsecured | | No Claim Filed |
| 19. | P R L Direct | Unsecured | | No Claim Filed |
| 20. | Pay Day Loan | Unsecured | | No Claim Filed |
| 21. | Pay Day OK | Unsecured | | No Claim Filed |
| 22. | United Cash Loans | Unsecured | | No Claim Filed |
| 23. | TCF Bank | Unsecured | | No Claim Filed |
| 24. | Imagine Mastercard | Unsecured | | No Claim Filed |
| 25. | US Fast Cash | Unsecured | | No Claim Filed |
| | | | $ 11,707.47 | $ 8,826.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Singletary, Carl J

Printed: 02/24/09

Case Number: 06 B 12783
Judge: Goldgar, A. Benjamin
Filed: 10/7/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 82.41 |
| 5.4% | 237.26 |
| 6.5% | 142.10 |
| 6.6% | 70.01 |
| | $ 531.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

